IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER MAHER,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRFIELD COUNTY COUNCIL OF BOY SCOUTS OF AMERICA, INC.; CONNECTICUT YANKEE COUNCIL, INC., BOY SCOUTS OF AMERICA; and BOY SCOUTS OF AMERICA CORPORATION,<br><br>Defendants. | Case No. 20-05006 (JAM)<br><br>**STATEMENT PURSUANT TO RULE OF BANRUPTCY PROCEDURE 9027 (e)(3) AND DEMAND FOR JURY TRIAL** |

## STATEMENT PURSUANT TO RULE OF BANKRUPTCY PROCEDURE 9027(e)(3) AND DEMAND FOR JURY TRIAL

Plaintiff Christopher Maher, through counsel, does not consent to entry of final orders or judgment by the Bankruptcy Court.

Plaintiff by this filing demands a jury trial.

Silver Golub & Teitell LLP

*/s/ Jennifer B. Goldstein*
Paul A. Slager
Jennifer B. Goldstein
Nicole B. Coates
Silver Golub & Teitell LLP
184 Atlantic Street
Stamford, Connecticut 06901
(203) 325-4491
jgoldstein@sgtlaw.com

*Attorneys for Plaintiff Christopher Maher*

## **CERTIFICATION**

I certify that a copy of the above was delivered electronically on March 2, 2020 a copy of the foregoing was delivered via electronic mail to counsel of record as follows:

James Glasser, Esq.
Kevin Smith, Esq.
Tadhg Dooley, Esq.
Wiggin & Dana LLP
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
jglasser@wiggin.com
ksmith@wiggin.com
tdooley@wiggin.com

/s/ *Jennifer B. Goldstein*
JENNIFER B. GOLDSTEIN